UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALI FRAY,

                              Petitioner,

            -against-

NEW YORK CITY,

                              Respondent.

1:25-CV-10493 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By orders dated February 4, 2026, the Court directed Petitioner, within 30 days, to file a completed request to proceed *in forma pauperis* ("IFP" or "IFP application") or pay the fee required to file a *habeas corpus* action in this court, and to also file a signed petition signature page. Those orders specified that failure to comply would result in dismissal of this action. Petitioner has not filed an IFP application or paid the fee, and he has not filed a signed petition signature page. Accordingly, the Court denies Petitioner's *habeas corpus* petition and dismisses this action without prejudice. *See* 28 U.S.C. §§ 1914, 1915; Fed. R. Civ. P. 11(a).

Because Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. *See* 28 U.S.C. § 2253.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reasons set forth in this order.

SO ORDERED.

Dated:    April 13, 2026
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

2