UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALI FRAY

                          Petitioner,

              -against-

NEW YORK CITY,

                          Respondent.

25-cv-10493 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 13, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

  Dated:    April 14, 2026
            New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                        Chief United States District Judge